IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | * |
| | * CASE NUMBER |
| BEDCO ENERGY CORP. | * 22-11842 |
| Debtor. | * |
| | * |
| | * |

## STATUS REPORT

Pursuant to the Court's order dated December 2, 2022 (document no. 32) the Trustee reports the following related to three parcels of undeveloped property in Clarke County, AL (doc. 19):

1. On November 29, 2022 (document 29) the Trustee filed an application to employ Lydia Franz with Engel & Volkers Commercial Real Estate to sell all real property owned by above styled bankruptcy estate.

2. Ms. Franz has conducted a more thorough inspection all of the estate property and has spoken to perspective purchasers for the entire real estate portfolio. Ms. Franz has reported that the three parcels of undeveloped real property in Clarke County, AL that are the subject of the Motion for Relief from Stay having been filed by Roberston Banking Company on October 26, 2022 (Document 19) do not add enough value to the entire real estate portfolio to benefit the bankruptcy estate.

3. The Trustee does not dispute this Court granting Robertson Banking Company's Motion for Relief from Stay having been filed with this Court on October 26, 2022 (Document 19).

DATED this 29th day of December 2022

/s/ Terrie S. Owens
TERRIE S. OWENS

**CERTIFICATE OF SERVICE**

I, the undersigned, do certify that on the **29th** day of December 2022 a true and correct copy of the above and foregoing motion was served on the following via email:

Justin B. Little <jlittle@rrllaw.com> as attorney for Robertson Banking Company